CAUSE NO. CR-12-24433

THE STATE OF TEXAS     §   IN THE <u>336TH</u> JUDICIAL

V.           §   DISTRICT COURT OF

DONALD GENE SHELBY    §   FANNIN COUNTY, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/6/2015 10:52:10 AM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, Donald Gene Shelby, TDCJ-ID #1839844, Petitioner herein, in style and cause and Appeals this Court's recent Judgment rendered <u>10/16/2015</u> on petitioner's Notion Nunc Pro Tunc because the Honorable Court's Ruling is contrary to clearly established law and in support will show the following:

### Statement of Jurisdiction

Petitioner Timely filed this Notice of Appeal within the 30 days in which to perfect his appeal under T.R.A.P. 26.2. Petitioner is Appealling the Denial Judgment of his Motion Nunc pro Tunc.

### Request for Counsel

Petitioner is **indigent** and wholly destitute of means with which to retain counsel to represent him on Appeal and if the Honorable Court Orders the Court Clerk to send petitioner an Application "Affidavit of Indigency" to verfy this fact, petitioner will return said application with the proper information.

### The Issue Claimed

Petitioner avers that his Judgment and Conviction that now stands is Void ab initio due to the Double Jeopardy violation of the United States' Constitutions' Fifth Amendment Clause, which is Prima Facie on the face of the indictment.

### Proper Notice

Proper Notice of Petitioner's Intent to Appeal the Court's unfavorable Ruling and Order was provided on his Motion Nunc Pro Tunc.

### Prayer

WHEREFORE PREMISES CONSIDERED, Petitioner prays that an Appeal be granted and further prays that an Attorney be Appointed to represent him in his appeal,

that the Clerk's and Reporter's Records be prepared.

SO, MOVED, SO ,PRAYED FOR.

Respectfully Submitted,

*Donald Gene Shelby*

Donald Gene Shelby, Pro Se

## Certificate of Service

Petitioner Certifies that a true and correct copy of the forgoing was sent to the Distrct Attorney's Office and the District Clerk's Office both in the same envelope to address Fannin County County CourtHouse Suite 201, 101 East San Rayburn Drive, Bonham, Texas 75418 on this Day of November 2,2015 by U.S. Postal Mail.

Sincerely,

*Donald Gene Shelby*

Donald Gene Shelby, Pro Se
TDCJ-ID #1839844
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, Texas 77868

Don Shelby # 1639844
Pack 1 Unit
2400 Wallace Pack Rd
Navasota, TX
77868

Legal mail

PHORTH HOUSTON TX 773

03 NOV 2015 PM 4

754186437393

Nancy Young, Dist. Clerk
Fannin County Courthouse
101 E. Sam Rayburn, Suite 201
Bonham, TX 75418

11-2-15